Association of Home Builders et al., Pacific Legal Foundation, and New England Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–359. MIRACLE STAR WOMEN'S RECOVERING COMMUNITY, INC. *v.* JETT ET AL. Ct. App. Cal., 2d App. Dist. Motion of National Association for the Advancement of Colored People, Antelope Valley Branch Unit #1023, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–475. TYRRELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6836. DAWSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6938. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8903. GUILAS *v.* BRAUER ET AL., 563 U. S. 922;
No. 10–10659. DRAGANOV *v.* WASHINGTON, *ante*, p. 843;
No. 10–10688. LAMKIN *v.* TEXAS, *ante*, p. 844;
No. 10–10757. HEFLEY *v.* DELAWARE, *ante*, p. 848;
No. 10–10791. JACKSON *v.* GONZALEZ ET AL., *ante*, p. 849;
No. 10–11157. MCDOWELL *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 870;
No. 11–5074. KEMPPAINEN *v.* TEXAS, *ante*, p. 888;
No. 11–5177. HENDRICKS ET UX. *v.* STEPP ET AL., *ante*, p. 893;
No. 11–5201. PITTS *v.* DAVIS, WARDEN, *ante*, p. 894;
No. 11–5344. CARR *v.* H. O. P. E. COMMUNITY SERVICE, INC., *ante*, p. 902;
No. 11–5451. JARVIS *v.* STAPLES, INC., *ante*, p. 908;
No. 11–5452. ELTAYIB *v.* DEWALT, WARDEN, ET AL., *ante*, p. 908;
No. 11–5555. IN RE DUNBAR, *ante*, p. 813; and